United States District Court
for the
District of Vermont

United States of America          Case No. 5:22-cv-149

    Plantiff,

        v

Fire arms and ammunition seized
from David Hoyer September 3, 2021
Currently in custody of ATF,
Burlington, Vt

    Defendant in Rem

### Notice of Objection

I David Hoyer, defendant on 08/30/2022 at 4:21 pm deny ~~being mental~~ having a "Mental defect". I would like my personal property as described in ~~Not~~ the Notice of Judicial ~~forfeiture~~ proceedings returned to my custody.

Dated at Burlington, in District of Vermont, this 5th day of August 2022.

            David Hoyer